[No. 9442–8–II.   Division Two.   December 29, 1987.]

PORT ANGELES SCHOOL DISTRICT No. 121, *Appellant,* v. THE TRAVELERS INDEMNITY COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 84–2–00175–8, Gary W. Velie, J., entered

January 6, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.